105 A.3d 655

**COMMONWEALTH of Pennsylvania, Petitioner**

**v.**

**Raymond W. FARABAUGH, Respondent.**

**No. 333 WAL 2014.**

Supreme Court of Pennsylvania.

Nov. 26, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of November, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Whether the Superior Court erred, while acting *sua sponte,* when it incorrectly found that new amendments to 42 Pa.C.S. § 9799.13 excluded the crime of [i]ndecent [a]ssault (18 Pa. C.S.A. § 3126(a)(8)) from list [sic] of mandated sex offender registry crimes.